In the Matter of the Claim of SIDNEY L. FINEMAN, Respondent, against CAMP GA-HE-GA and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground there is no evidence to sustain the finding that the accidental injury arose out of and in the course of the employment. All concur.

In the Matter of the Claim of MARY LUKACH, Respondent, against S. J. GROVES & SONS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of A. WAKULIK, Respondent, against ROME BRASS AND COPPER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of HARRIET SCHNEIDER, Respondent, against FAIRCHILD AEROPLANE MANUFACTURING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JOHN SORCE, Respondent, against HYDROFATS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JOHN H. TAYLOR, Respondent, against L. EVERETT BAINBRIDGE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JOHN O. JOHNSON, Respondent, against ROOSEVELT MEMORIAL ASSOCIATION, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of LILLY GINDIN, Respondent, against JOE SARNE, Alleged Employer, Respondent. ÆTNA LIFE INSURANCE COMPANY, Appellant; STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board against the appellant.

In the Matter of the Claim of CARRIE PFLUGER, Respondent, against R. O. PROPER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof of dependency. (Schedzick v. Volney Paper Co., 193 App. Div. 551.) All concur.

In the Matter of the Claim of BESSIE H. SPRAGLE, Respondent, against ORPHAN ASYLUM SOCIETY OF THE CITY OF BROOKLYN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of EDWARD L. TOWERS, Respondent, against OSCAR PUTNAM, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the claimant was an independent contractor. All concur.